UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JESUS ALBERTO GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>JERRY OURIQUE, Warden,<br><br>Respondent. | Case No. 5:25-cv-01163-HDV (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition (Dkt. 1), the Answer and lodged records (Dkt. 15, 16-1 to 16-7), the Reply (Dkt. 17), and the Report and Recommendation of the assigned magistrate judge (Dkt. 19, "Report"). No party filed a timely objection to the Report. The Court accordingly accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: December 15, 2025

HERNÁN D. VERA
United States District Judge