JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JESUS ALBERTO GONZALEZ, | Case No. 5:25-cv-01163-HDV (JDE) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| JERRY OURIQUE, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that this action is dismissed with prejudice.

Dated: December 15, 2025

HERNÁN D. VERA
United States District Judge